

Sylvia Simson
Tel 212.801.9200
simsons@gtlaw.com

August 28, 2023

**BY ECF**

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Grissel Nunez v. JPMorgan Chase Bank, N.A.*, No. 23-CV-7569– JPMorgan Chase Bank, N.A.'s Request for Formal Sealing

Dear Judge Engelmayer:

      We write on behalf of JPMorgan Chase Bank, N.A. ("Chase") in connection with Chase's recent removal of this action to this Court and pursuant to ECF Filing Rule 21.7(b).

      It has come to our attention that one page of one exhibit to the Complaint, as filed in state court by Plaintiff, contained sensitive or personal information specific to Plaintiff that should be redacted pursuant to this Court's Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files (the "Notice"). This version of the as-filed exhibit in state court was then included in Chase's removal papers. Immediately upon such discovery, counsel for Chase contacted the ECF Help Desk pursuant to Rule 21.7(a), who has confirmed in writing this document has been temporarily sealed and is thus not currently publicly available.

      Chase respectfully requests that this exhibit to its removal filing, at **Doc. No. 1-1**, be permanently sealed by the Court. Chase will perform the appropriate limited redactions on this one page to the exhibit, consistent with the Notice and Rule 21.7(c), and refile Exhibit A to its Notice of Removal on the electronic docket.

      We are available should the Court have any questions or require anything further in connection with the aforementioned request and thank the Court for its attention to this matter.

Respectfully submitted,

    */s/ Sylvia E. Simson*

Sylvia E. Simson

CC (by ECF):      All Counsel of Record

CC (by email):      Stanley A. Landers, Esq.

August 28, 2023
Page 2

>Landers & Cernigliaro, P.C.
>One Old Country Road, Suite 400
>Carle Place, NY 11514
>Landers10m@gmail.com

Granted.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
August 29, 2023