UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    GRISSEL NUNEZ,

                                   Plaintiff,

                -v-

    JPMORGAN CHASE BANK, N.A.,

                                 Defendant.
------------------------------------------------------------------X

23 Civ. 7569 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's motion to remand the above-captioned case to state court. Dkt. 10. Defendant's response is due September 12, 2023. Plaintiff's reply, if any, is due September 19, 2023.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: August 29, 2023
         New York, New York