UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRISSEL NUNEZ,

                        Plaintiff,

        -v-

JP MORGAN CHASE BANK, N.A.,

                      Defendants.

23 Civ. 7569 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    An initial pre-trial conference is scheduled for this Thursday, March 7, 2024, at 11 a.m. Dkt. 36. Due to a scheduling conflict, the Court needs to move the conference to later that day (March 7, 2024) at 3 p.m. If this new time does not work, the Court directs counsel to file a letter with proposed times for later that day (March 7, 2024) or proposed dates and times for next week to hold the conference.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 4, 2024
       New York, New York