UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRISSEL NUNEZ,

                              Plaintiff,

        -v-

JPMORGAN CHASE BANK, N.A.,

                              Defendant.

23 Civ. 7569 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's pre-trial conference, the Court set the following briefing schedule for JPMorgan Chase Bank's pending motion for judgment on the pleadings, which was filed on March 6, 2024:

- **Opposition**: March 21, 2024
- **Reply**: April 4, 2024

The Court, with both parties' consent, also stayed discovery pending the Court's resolution of the motion.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: March 7, 2024
       New York, New York