UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRISSEL NUNEZ,

                                    Plaintiff,                              **ORDER**

                -against-                                                  **23-CV-7569 (PAE)(KHP)**

GRISSEL NUNEZ,

JP MORGAN CHASE BANK, N.A.,

                                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The parties are directed to meet and confer and jointly submit a revised proposed Infant

Compromise Order by **Tuesday, October 1, 2024**.

        SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024